1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

Wesley Gene Duran,

No.  CV-15-02336-PHX-SPL

9
                           Petitioner,
10
vs.                                                       **ORDER**
11
12
James O'Neil,
13
                           Respondent.
14

15        Petitioner Wesley Gene Duran has filed a Petition for Writ of Habeas Corpus

16   pursuant to 28 U.S.C. § 2254 (Doc. 1). The Honorable Deborah M. Fine, United States

17   Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 18),

18   recommending that the Court deny the Petition. Judge Fine advised the parties that they

19   had fourteen (14) days to file objections to the R&R and that failure to file timely

20   objections could be considered a waiver of the right to obtain review of the R&R. Id. *See*

21   *also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d

22   1114, 1121 (9th Cir. 2003).

23        The parties did not file objections, which relieves the Court of its obligation to

24   review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

25   (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

26   not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

27   determine de novo any part of the magistrate judge's disposition that has been properly

28   objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-

taken.  The Court will adopt the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1.     That Magistrate Judge Fine's Report and Recommendation (Doc. 18) is **accepted** and **adopted** by the Court;

2.     That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **denied** and **dismissed with prejudice**;

3.     That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

4.     That the Clerk of Court shall **terminate** this action.

Dated this 24th day of February, 2017.

Honorable Steven P. Logan
United States District Judge